NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

PATRICK MAIN,                         )
                                      )
            Appellant,                )
                                      )
v.                                    )          Case No. 2D18-3252
                                      )
STATE OF FLORIDA,                     )
                                      )
            Appellee.                 )
_____)

Opinion filed October 16, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pasco County; Kimberly Campbell,
Judge.

Patrick Main, pro se.

PER CURIAM.

            Affirmed.

KHOUZAM, C.J., and LaROSE and ATKINSON, JJ., Concur.